**2004–2166. Stark Commons, Ltd. v. Stein Mart, Inc.**
Stark App. No. 2004CA00029, 2004-Ohio-6969. On motion for stay of court of appeals' judgment.

Motion granted.

PFEIFER and LANZINGER, JJ., dissent.